# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO: 3:05CV56

| | |
|---|---|
| LOIS L. LACKEY, CHERYL A. WHITE and BARRY WALL, )<br>Plaintiffs )<br>)<br>vs. )<br>)<br>AETNA LIFE INSURANCE COMPANY and )<br>BELL SOUTH ADVERTISING & )<br>PUBLISHING CORPORATION, )<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Plaintiffs' Joint Motion to Amend Complaint, Join Non-Party BellSouth Telecommunications, Inc., and Dismiss Without Prejudice Defendant BellSouth Advertising and Publishing Company" (Document No. 17), filed May 27, 2005 by Lois L. Lackey, Cheryl A. White and Barry L. Wall. No responsive pleading has been filed by Aetna Life Insurance Company ("Aetna"") and Bell South Advertising and Publishing Corporation, and the time for any such response has expired. As such, and after careful consideration, this Court will grant the Motion.

**IT IS, THEREFORE, ORDERED** that the "Plaintiffs' Joint Motion to Amend Complaint, Join Non-Party BellSouth Telecommunications, Inc., and Dismiss Without Prejudice Defendant BellSouth Advertising and Publishing Company" (Document No. 17) is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that Bell South Telecommunications, Inc. is joined as a defendant in the above-captioned action pursuant to Rule 19 of the Federal Rules of Civil Procedure ("Federal Rules"); that Bell South Advertising and Publishing Company be dismissed from the above-captioned action without prejudice pursuant to Rule 41(a)(2) of the Federal Rules; and that

Ms. Lackey, Ms. White and Mr. Wall shall have twenty (20) days from the date of the filing of this Order in which to file their Amended Complaint and serve such Amended Complaint on Aetna and Bell South Telecommunications, Inc.

**Signed: June 27, 2005**

David C. Keesler
United States Magistrate Judge